IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN R. FISHER,
    Plaintiff,

v.

MEGAN L. KING, ESQ., Individually and in her Official Capacity as Assistant District Attorney for Lancaster County, Pennsylvania, and ERIC ZIMMERMAN, Individually and in his Official Capacity as Detective for Northern Lancaster County Pennsylvania Regional Police Department,

    Defendants.

CIVIL ACTION
NO. 15-6134

## ORDER

**AND NOW**, this 22nd day of September, 2017, after review of the Motion for Summary Judgment of Defendant King (Docket No. 43) and the Motion for Summary Judgment of Defendant Zimmerman (Docket No. 44), the Memoranda of Law in support of both, as well as Plaintiff's opposition thereto and Defendants' replies, and after oral argument being held on said motions, it is hereby **ORDERED** as follows:

    1. The Motion for Summary Judgment of Defendant, Megan L. King, Esq. is **GRANTED**;

    2. The Motion for Summary Judgment of Defendant, Eric Zimmerman, is **GRANTED**;

    3. Plaintiff's Complaint is **DISMISSED** with prejudice; and

    4. The Clerk of Court shall mark this matter closed.

                          **BY THE COURT:**

                          **/s/ Jeffrey L. Schmehl**
                          **Jeffrey L. Schmehl, J.**